

**ORDERED in the Southern District of Florida on October 9, 2024.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:
Michael Shawn Fletcher

CASE NO.: 24-16093-LMI
Chapter 13

_____**Debtor**_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO.7, ECF 27

THIS CAUSE came before the Court on the consent portion of the chapter 13 calendar, on October 8, 2024, on Debtor's Objection to Proof of Claim No. 7 [ECF No. 27]. No party in interest having objected to the relief requested, it is **ORDERED** as follows:

1. The Objection to Claim No. 7 is SUSTAINED.

2. Claim No. 7 shall not receive a distribution from the Chapter 13 Trustee.

### ###

Submitted by:
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor

Florida Bar No. 96305
1801 NE 123rd Street
Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com

**Attorney Rachamin Cohen, Esq. is directed to serve copies of this Order on all interested parties and file a Certificate of Service with the Court.**